***** AFFIDAVIT OF SERVICE *****

12/05/2007

SHERIFFS NUMBER: S07006407
TYPE OF SERVICE...

DEFENDANT SEQUENCE 1 OF 1
Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**
OSHMAN & MIRISOLA, LLP - COUNSELLORS
42 BROADWAY
10TH FLOOR
NEW YORK, NY 10004

CHECK # 9398
CONTROL # 12337
AMOUNT 28.00

ASOHNEN

**COURT DATA**

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:
STATE: NY   COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV8308

CAPTION OF CASE
NAME: MYRIAM VEGA
VS  HILLMAN ENVIORONMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED
NAME: HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS: 1600 ROUTE 22 EAST
UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE
DATE: 12/20/07   TIME: 10:30

NUMBER OF ATTEMPTS ___

REMARKS:

☐ PERSONALLY DELIVERED   ☒ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☐ AGENT AUTHORIZED TO ACCEPT
☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY

PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
(TITLE/RELATIONSHIP)

SEX: ☒ MALE   ☐ FEMALE
SKIN: ☒ WHITE   ☐ BLACK   ☐ YELLOW   ☐ BROWN   ☐ RED
HEIGHT: ☐ UNDER 5 FT.   ☐ 5.0 - 5.6 FT.   ☒ 5.7 - 6.0 FT.   ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS.   ☐ 100 - 150 LBS.   ☒ 151 - 200 LBS.   ☐ OVER 200 LBS.
HAIR: ☐ BLACK   ☒ BROWN   ☐ BLOND   ☐ GRAY   ☐ RED   ☐ WHITE   ☒ BALDING
AGE: ☐ 14 - 20   ☐ 21 - 35   ☒ 36 - 50   ☐ 51 - 65   ☐ OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME ON _____
Frances DiDonato

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY