UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

MYRIAM VEGA,

                          Plaintiffs,

- against -

90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., ST. JOHN'S UNIVERSITY, CDL NEW YORK LLC MILLENIUM BROADWAY, 100 CHURCH LLC, DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC., TULLY INDUSTRIES, BFP ONE LIBERTY PLAZA CO., LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL GROUP, LLC.,

                          Defendants.

Affidavit of Personal Service

DOCKET NO.
07- CIV- 8308

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 4th day of January 2008, at approximately 10:45 a.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon CDL New York, LLC A/K/A CDL New York LLC Millenium Broadway, by delivering thereat a true copy of same to Aixa Flores, Process Specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female Hispanic, Brown skin, Black hair, approx. 30-45, height approx. 5'4"-5'7"**

_Stephanie Lopez_
Stephanie Lopez

Sworn to before me this
4th day of January, 2008

_[signature]_
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__