Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

MYRIAM VEGA,                                                    Index No.: 07-CV-8308

                      Plaintiff(s),

  -against-                                                    **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

90 CHURCH STREET LIMITED                                        **ELECTRONICALLY FILED**
PARTNERSHIP, BOSTON PROPERTIES,
INC., ST. JOHN'S UNIVERSITY, CDL NEW
YORK LLC MILLENIUM BROADWAY, 100
CHURCH LLC,

                      Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as

against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 10, 2008

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendants
                                        90 CHURCH STREET LIMITED PARTNERSHIP
                                        and BOSTON PROPERTIES, INC.

                                        By: _____
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
         42 Broadway, 10th Floor
         New York, New York 10004
         (212) 233-2100

         All Defense Counsel