Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC MILLENIUM HILTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

MYRIAM VEGA,                                                 Index No.: 07-CV-8308

                         Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

-against-

                                                      **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, BOSTON PROPERTIES,
INC., ST. JOHN'S UNIVERSITY, CDL NEW
YORK LLC MILLENIUM BROADWAY, 100
CHURCH LLC,

                         Defendant(s).

--------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC MILLENIUM HILTON, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC MILLENIUM HILTON, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 10, 2008

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendant
                          CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK
                          LLC MILLENIUM HILTON

                          By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO: OSHMAN & MIRISOLA, LLP
42 Broadway, 10th Floor
New York, New York 10004
(212) 233-2100

All Defense Counsel