UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: OSHMAN & MIRISOLA, LLP*****

MYRIAM VEGA

                                                    Plaintiff(s)

                                                              Index # 07 CIV 8308

                    - against -

                                                              Purchased September 24, 2007

90 CHURCH STREET LIMITED PARTNERSHIP, ETAL                     File # 21-20

                                                    Defendant(s)

                                                              **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 14, 2008 at 09:50 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT) RELATED TO THE MASTER COMPLAINT on 100 CHURCH LLC therein named,

**SECRETARY**     a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew
**OF STATE**      said corporation so served to be the corporation described in said summons as said Defendant and knew said
                  individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  January 14, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | |
|-------------|---------------|-----------------|--|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **STEVEN C. AVERY** |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | Invoice #: 454393 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728