UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE WORLD TRADE CENTER                                       21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

MYRIAM VEGA,                                                   07CV8308(AKH)

                        Plaintiff(s),        **NOTICE OF APPEARANCE**

     -against-

90 CHURCH STREET LIMITED PARTNERSHIP, et al.,
                        Defendants.

     **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
             February 8, 2008

                                                    Yours etc.,

                                                    HARRIS BEACH PLLC
                                                  *Attorneys for Defendant*
                                                  **100 CHURCH LLC**

                                                           /s/
                                                  Stanley Goos, Esq. (SG-7062)
                                                  100 Wall Street
                                                  New York, NY 10005
                                                  212 687-0100
                                                  212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on February 8, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

100 Church Notice of Appearance

Dated: February 8, 2008

/s/<br>
Stanley Goos, Esq. (SG 7062)