William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

MYRIAM VEGA

                                             **NOTICE OF**
                   V.                        **ADOPTION**

90 CHURCH STREET LIMITED
PARTNERSHIP, ET. AL.,                        CASE NUMBER: (AKH)
                                             07 CV 8308
_____X

PLEASE TAKE NOTICE THAT Defendant Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, ("Brookfield"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopts the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Brookfield demands judgment dismissing the above captioned action as against it, together with their cost and disbursements.

Dated: New York, New York
      May _6_ 2008

                                    Faust, Goetz, Schenker & Blee, LLP

                                    _____
                                    By:  William J. Smith (WJS-9137)
                                    Attorneys for the Brookfield Parties
                                    Two Rector Street, 20th Floor
                                    New York, NY 10006
                                    (212) 363-6900