UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER         Docket No.: 21 MC 102 (AKH)
SITE LITIGATION
----------------------------------------------------------------------------x
THIS DOCUMENT APPLIES TO ALL CASES IN THE      **MASTER NOTICE**
WORLD TRADE CENTER MANHATTAN DISASTER          **OF APPEARANCE**
SITE LITIGATION IN WHICH ST. JOHN'S UNIVERSITY,
NEW YORK IS A DEFENDANT                        **ELECTRONICALLY FILED**
----------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter the appearance of the undersigned as counsel in this case for defendant, ST. JOHN'S, NEW YORK.

The undersigned certifies that he is admitted to practice in this Court.

Dated: White Plains, New York
       May 28, 2008

                                                Yours, etc.

                                                /s/
                                                _____
                                                **SEAN M. BRODERICK, Esq., (SB-7988)**
                                                HARRINGTON, OCKO & MONK, LLP
                                                Attorneys for Defendant
                                                ST. JOHN'S UNIVERSITY, NEW YORK
                                                81 Main Street – 2nd Floor
                                                White Plains, NY 10601
                                                (914) 686-4800